49814   294

APN # ▮▮▮▮▮▮▮▮
Prepared by:  David Santa  / HK
When Recorded Mail To:
OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr,
West Palm Beach, FL 33407
Phone Number ▮▮▮▮▮▮▮▮

## ASSIGNMENT OF DEED OF TRUST
## MARYLAND

This **ASSIGNMENT OF DEED(S) OF TRUST** from **SAXON MORTGAGE, INC.**, whose address is 4708 Mercantile Drive North, Fort Worth, TX 76137-3605 ("Assignor"), to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-1 MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-1**, whose address is c/o Ocwen Loan Servicing, LLC. 5720 Premier Park Dr, West Palm Beach, FL 33407 ("Assignee").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor does by these presents hereby grant, bargain, sell, assign, transfer and set over unto the Assignee, its successors, transferees and assigns forever, in trust, all of the rights, title and interest of said Assignor in and to the following deed(s) of trust describing land therein, duly recorded in the Office of the County recorder of **MONTGOMERY**, State of **MARYLAND**, as follows:

That certain promissory note or obligation dated **OCTOBER 26, 2006** in the principal amount of **$ 345,000.00**, executed by **AMIR DARIANI AND MALECHE DARIANI** and more fully described or referred to in a deed of trust of even date therewith to **JOHN M. MERCER**, as Trustee(s) and **SAXON MORTGAGE, INC.**, as Beneficiary, and filed of record on **NOVEMBER 16, 2006**, at Book: **33343**, Page: **576**

  PREMISES KNOWN AS: 502 KING FARM BLVD #304, ROCKVILLE, MD 20850
  PREMISES DESCRIBED AS: Tax Parcel ID Number: 03350117 & 3350276

LEGAL DESCRIPTION:
Condominium Unit No. 304 and Garage Unit No. 2-D as shown on and included in those plats of Condominium Subdivision entitled "CONDOMINIUM PLAT AS-CONSTRUCTED PLAN, KING FARM TWO CONDOMINIUM-PHASE II, PLAT 24 KING FARM BAILEY'S COMMONS Lot 49 Block "K", Plat Book 196 Plat No. 21322", recorded among the Land Records of Montgomery County, Maryland as Condominium Plats No. 8035 et seq., and as further defined and designated in that Declaration recorded on August 15, 2001 among said Land records, as previously established and amended from time to time.

TOGETHER WITH any interest in the common elements of said Condominium as set forth in said Declaration.

This Assignment is made without recourse, representation or warranty.
Dated: October 1, 2014

SAXON MORTGAGE, INC.

BY: _Aaron Saunders_
NAME: Aaron Saunders
TITLE: Vice President

STATE OF Texas   }
                 }ss.
COUNTY OF Collin }

Subscribed and sworn to me this **1st** day of **October**, 2014, by Aaron Saunders, the Vice President at SAXON MORTGAGE, INC. He/She is personally known to me.

_N Turner_
Notary Public



NICOLE ROSELINE TURNER
Notary Public, State of Texas
My Commission Expires
June 10, 2017

```
IMP FD SURE        40.00
RECORDING FEE      20.00
TOTAL              60.00
Rcst M086     Rcpt # 36836
BHM    ANN    Blk # 2141
Feb 12, 2015       12:54 PM
```