IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE:<br>AMIR H. DARIANI *(aka Amir Hoseein Ebrahimi Dariani)*<br>DEBTOR<br><br>OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-1 MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-1<br><br>MOVANT,<br><br>v.<br><br>AMIR H. DARIANI<br>DEBTOR,<br><br>DEFENDANTS. | CASE NO. 15-23363-PM<br>CHAPTER 13 |

## DECLARATION IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I, __Brian Ader__, declare under penalty of perjury as follows:

1. I am employed as a __Contract Management Coordinator__ of Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-1 Mortgage Loan Asset Backed Certificates, Series 2007-1 ("Movant") and am authorized to sign this declaration on behalf of Ocwen Loan Servicing, LLC (hereinafter "Ocwen"). This declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. I make this declaration based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Ocwen. As part of my job responsibilities for Ocwen, I have personal knowledge of and am familiar with the types of records maintained by Ocwen in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and

files of Ocwen that pertain to the Loan and extensions of credit given to Debtor(s) concerning the property securing such Loan.

3. The information in this declaration is taken from Ocwen business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Ocwen regularly conducted business activities; and (c) it is the regular practice of Ocwen to make such records.

4. The Debtor(s) Amir H. Dariani aka Amir Hoseein Ebrahimi Dariani aka Amir Dariani has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). Pursuant to that certain Deed of Trust executed by Amir H. Dariani aka Amir Hoseein Ebrahimi Dariani aka Amir Dariani and Co-Debtor Maleehee E. Dariani referenced in the Motion (the Deed of Trust), all obligations of the Debtor(s) under and with respect to the Note and the Deed of Trust are secured by the property referenced in the Motion.

5. As of January 13, 2016, there are one or more defaults in paying Debtor(s) post-petition amounts due with respect to the Note.

6. As of January 13, 2016, the unpaid principal balance of the Note is $343,782.00.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtor(s) as of January 13, 2016:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|---|---|
| 2 | October 1, 2015 | November 1, 2015 | $1,797.90 | $308.29 | $2,106.19 | $4,212.38 |
| 2 | December 1, 2015 | January 1, 2016 | $1,827.12 | $308.29 | $2,135.41 | $4,270.82 |
| | | | | Less post-petition partial payments (suspense balance): | | $0.00 |

**Total: $8,483.20**\*\*

As of January 13, 2016, the total post-petition arrearage/delinquency is $8,483.20, consisting of (i) the foregoing total of missed post-petition payments in the amount of $8,483.20, plus (ii) the following post-petition fees:

| Description | Amount |
| --- | --- |
| N/A | $0.00 |

8. Attached hereto as an exhibit is a post-petition payment history.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of JAN., 2016.

Name: __Brian Ader__
Title: __Contract Management Coordinator__

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing instrument was acknowledged and sworn before me __Gary Van Soosten__ this 21 day of JAN, 2016, by __Brian Ader__ as a __Contract Management Coordinator__ of Ocwen Loan Servicing, LLC, who is personally known to me or who has produced _____ as identification.

Notary Public - State of Florida
My Commission Expires: 5-6-2018

Gary Van Soosten

GARY VAN SOOSTEN
Notary Public - State of Florida
My Comm. Expires May 6, 2018
Commission # FF 119831

| Name: | Amir Dariani | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 15-23363 | | | | | |
| Filing Date: | 09/25/15 | | | | | |
| Post First Due: | 10/01/15 | | | Completed By: | Dipayan D | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| | No Payments received | | | $ - | $ - | |
| | | | | $ - | $ - | |
| Total | | $ - | $ - | | | |

**EXHIBIT**

| Name: | Amir Dariani | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 15-23363 | | | | | |
| Filing Date: | 09/25/15 | | | | | |
| Completed by: | Dipayan D | | | | | |
| Due Date | Total Payment | Principal | Interest | Escrow | Optional Products | NOPC Filed Date |
| 10/1/2015 | $ 2,106.19 | $ 161.05 | $ 1,636.85 | $ 308.29 | | |
| 11/1/2015 | $ 2,106.19 | $ 161.84 | $ 1,636.06 | $ 308.29 | | |
| 12/1/2015 | $ 2,135.41 | $ 157.06 | $ 1,670.06 | $ 308.29 | | |
| 1/1/2016 | $ 2,135.41 | $ 157.85 | $ 1,669.27 | $ 308.29 | | |
| | | | | | | |
| | | | | | | |
| Total | $ 8,483.20 | $ 637.80 | $ 6,612.24 | $ 1,233.16 | | |

**EXHIBIT**