**United States Bankruptcy Court**
**District of Maryland**

IN RE:                                                                                       Case No. **15-23363**

**Dariani, Amir H.**                                                                     Chapter **7**
Debtor(s)

# SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................... $ **750.00**

   Prior to the filing of this statement I have received ................................................ $ **750.00**

   Balance Due ........................................................................................... $ _____

2. The source of the compensation paid to me was:  ☐ Debtor  ☑ Other (specify): **Fatema Dariani, niece**

3. The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

   **Counsel intends to represent Debtor, absent cause to withdraw, for the purpose of converting the present Chapter 13 Case to one under Chapter 7 of the U.S. Bankruptcy Code.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Adversary proceedings and other contested bankruptcy matters, including, but not limited to, Motions to Lift the Automatic Stay, Motions to Dismiss, Motions to Avoid Liens, Motions to Redeem, Preference Actions or negotiations to avoid such, Objections to Claims, Audits, and Loan Modifications and/or any Motions associated therewith.**

   __/s/ Amir H. Dariani_____
   **Debtor**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **July  1, 2016** | */s/ Michael A. Ostroff* |
|---|---|
| Date | **Michael A. Ostroff 17803**<br>**Montero Law Group, LLC**<br>**1738 Elton Road, Suite 105**<br>**Silver Spring, MD  20903-0000**<br>**(301) 588-8100  Fax: (301) 588-8101**<br>**mostroff@monterolawgroup.com** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only